# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARCHESU MINOR,** *Plaintiff,* | : : : |
| v. | : **CIVIL ACTION NO. 18-CV-2378** |
| **COMMONWEALTH** *MC51CR0001900 2017,* *Defendant.* | : : : : |

# O R D E R

AND NOW, this 1st day of August, 2018, upon consideration of Plaintiff Marchesu Minor's *pro se* Amended Complaint (ECF No. 11) and "Complaint for Violation of Civil Rights" (ECF No. 12), it is hereby **ORDERED** that:

1. The Amended Complaint is **DEEMED** to consist of the Amended Complaint (ECF No. 11) and the "Complaint for Violation of Civil Rights" (ECF No. 12).

2. The Amended Complaint is **DISMISSED, with prejudice**, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons stated in the Court's Memorandum. Minor may not file a second amended complaint in this case.

3. The Clerk of Court shall **CLOSE** this case.

                                                            **BY THE COURT:**

                                                            *s/ Nitza I. Quiñones Alejandro*
                                                            **NITZA I. QUIÑONES ALEJANDRO**
                                                            *Judge, United States District Court*